BERTRAM SCHWARZ and Others, Infants, by MAX SCHWARZ, Their Guardian ad Litem, Appellants, v. JOSEPH A. BRODERICK, as Superintendent of Banks in Charge of Liquidation of THE LONG BEACH TRUST COMPANY, and THE LONG BEACH TRUST COMPANY, Respondents.— Order dismissing complaint for insuffi-

ciency in that it failed to state that plaintiffs had filed claims pursuant to section 76 of the Banking Law affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.